**Order entered February 1, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00865-CV

## IN THE ESTATE OF ROBERTA A. PAYNE, DECEASED

**On Appeal from the County Court at Law No. 2**
**Kaufman County, Texas**
**Trial Court Cause No. 12P-033-2**

## ORDER

Before the Court is appellant's January 31, 2017 third motion to extend time to file appellant's brief. Appellant's motion is **GRANTED**. Appellant's brief shall be filed by March 3, 2017. *We expressly caution appellant that failure to file a brief may result in the dismissal of this appeal without further notice.* TEX. R. APP. P. 38.8 (a)(1).

/s/ CRAIG STODDART
JUSTICE